IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION ) NO. 08-CV-01200 |
| DENISE CLOUD, | ) ) ) |
| Defendant. | ) |

FILED

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 29th day of May 2009, upon consideration of Defendant's Motion to Dismiss [Doc. No. 26], Plaintiffs' Response [Doc. No. 30], Defendant's Reply thereto [Doc. No. 33], the Government's Memorandum in Defense of the Constitutionality of the Statutory Damages Provision of the Copyright Act [Doc. No. 37] and Defendant's Reply thereto [Doc. No. 49], it is hereby

**ORDERED** that Defendant's Motion to Dismiss is **DENIED**, and that Defendant is **ORDERED** to file an Answer within twenty (20) days of the date of this Order.

It is so **ORDERED**.

BY THE COURT:

CYNTHIA M. RUFE, J